*Harry Cohen* and *Rose J. Cohen* for appellants.

*Beatrice Shainswit* and *Robert H. Schaffer* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROES-SEL and VAN VOORHIS, JJ.

DOROTHY W. WALKER, Appellant, *v.* WILLIAM J. WALKER, Respondent.

Argued May 26, 1954; decided July 14, 1954.

*Harrington Harlow* and *Benjamin Heller* for appellant.
*Spencer Pinkham* for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PETER MATARESE, Appellant.

Argued May 21, 1954; decided July 14, 1954.